
**UNITED STATES POSTAL SERVICE**

ACCOUNTING SERVICE CENTER, 2825 LONE PARKWAY, EAGAN MN 55121-9640
TELEPHONE NUMBER: (866) 974-2733

Page 1 of 1

## Remittance Advice

12-17-2015

US DISTRICT COURT
CLERK OF THE COURT-MIDDLE DISTRICT OF GA
ATTN FORFEITURE ACCOUNTING
900 BRENTWOOD RD NE RM 2184
WASHINGTON  DC 20066-9202

Vendor ID:       00091040400001
Check Number:  0270251743
Check Amount:  $*****501.06
Check Date:     12-17-2015

The accompanying check is for payment under the contract number(s), invoice(s), claim(s) or travel voucher(s)/advance(s) listed below.  Questions concerning payments issued against a contract number should be directed to the Contracting Officer who is responsible for administering the contract.

| Contract Number | Travel Dates/ Invoice/Claim Number | Invoice Date | Gross Amount/ PPA Days Past Due | Inv Paid Amt/ PPA Int Rate | Discount Amt/ PPA Int Amt | Advance Appl'd/ Tax Withhold/ PPA Pnlty Amt | Net Amount |
|---|---|---|---|---|---|---|---|
| NONE | 401-09-040-001 SEIZURE # 401-09-040 | 11/18/15 | 501.06 | 501.06 | 0.00 | 0.00 | 501.06 |

- -Separate Along The Perforation- -

PS FORM 6STL-H, APR. 15, 1996 CHECK w1 E



**UNITED STATES POSTAL SERVICE**

ACCOUNTING SERVICE CENTER, 2825 LONE PARKWAY, EAGAN MN 55121-9640
TELEPHONE NUMBER: (866) 974-2733

Page 1 of 1

## Remittance Advice

12-17-2015

US DISTRICT COURT
CLERK OF THE COURT-MIDDLE DISTRICT OF GA
ATTN FORFEITURE ACCOUNTING
900 BRENTWOOD RD NE RM 2184
WASHINGTON  DC 20066-9202

Vendor ID:       00091040400001
Check Number:   0270251742
Check Amount:   $***20458.70
Check Date:     12-17-2015

The accompanying check is for payment under the contract number(s), invoice(s), claim(s) or travel voucher(s)/advance(s) listed below.  Questions concerning payments issued against a contract number should be directed to the Contracting Officer who is responsible for administering the contract.

| Contract Number | Travel Dates/ Invoice/Claim Number | Invoice Date | Gross Amount/ PPA Days Past Due | Inv Paid Amt/ PPA Int Rate | Discount Amt/ PPA Int Amt | Advance Appl'd/ Tax Withhold/ PPA Pnlty Amt | Net Amount |
|---|---|---|---|---|---|---|---|
| NONE | 401-09-041-001 | 11/13/15 | 325.10 | 325.10 | 0.00 | 0.00 | 325.10 |
|      | SEIZURE # 401-09-041 | | | | | | |
| NONE | 401-09-043-001 | 11/13/15 | 4,513.00 | 4,513.00 | 0.00 | 0.00 | 4,513.00 |
|      | SEIZURE # 401-09-043 | | | | | | |
| NONE | 401-09-048-001 | 11/13/15 | 4,593.82 | 4,593.82 | 0.00 | 0.00 | 4,593.82 |
|      | SEIZURE # 401-09-048 | | | | | | |
| NONE | 401-09-049-001 | 11/13/15 | 10,906.43 | 10,906.43 | 0.00 | 0.00 | 10,906.43 |
|      | SEIZURE # 401-09-049 | | | | | | |
| NONE | 401-09-060-001 | 11/13/15 | 120.35 | 120.35 | 0.00 | 0.00 | 120.35 |
|      | SEIZURE # 401-09-060 | | | | | | |

- -Separate Along The Perforation- -

PS FORM 6STL-H, APR. 15, 1996 CHECK w1 E



UNITED STATES POSTAL INSPECTION SERVICE

HEADQUARTERS – ASSET FORFEITURE UNIT

RECEIVED
CLERK'S OFFICE

2015 JAN -4 AM 9: 07

U.S. DISTRICT COURT
MIDDLE DIST. OF GEORGIA
MACON, GEORGIA

December 28, 2015

US DISTRICT COURT
MIDDLE DISTRICT OF GA
ATTN: CASHIER
PO BOX 128
MACON, GA 31202

RE: Seizure # 401-09-040, 41, 043, 048, 049, 060

**Certified Number: 7013 3020 0000 7221 1272**

Dear Ms. Hicks,

A Restoration Request from the United States Attorney's Office has been granted. Enclosed please find check #0270251743 in the amount of $501.06 and check# 0270251742 in the amount of $20,458.70 made to the order of US District Court, Clerk of the Court – Middle District of Georgia.

If you need any further information, please contact me at 202-636-1513.

Sincerely,

Walter F. Muzo
Financial Analyst
USPIS- Asset Forfeiture Unit

Enclosure (s)

900 BRENTWOOD RD NE, ROOM 2181
WASHINGTON, D.C. 20066-9201
TELEPHONE: 202-636-1529
FAX: 202-636-1304

ENSURING AMERICA'S CONFIDENCE IN THE U.S. MAIL

## MEMORANDUM

TO:        Clerk of the Court
           U.S. District Court
           Middle District of Georgia

FROM:      Karen Houser, Program Specialist
           Asset Forfeiture Unit
           U.S. Postal Inspection Service

SUBJECT:   Restoration Request Pursuant to *Asset Forfeiture Policy Manual* (2013), Chapter 12, Section I.B
           *United States v. Stuart C. Cole, et al.* (M.D. Ga.)
           Criminal Case Number: 7:13-CR-27
           Asset Identification Numbers: 09-USP-001415, 001418, 001420, 001432, 001433, and 001608
           USPIS Case Number: 1735740-MF

    The forfeiture proceeds transferred herewith to the Court are for application toward the satisfaction of the restitution orders entered against Stuart C. Cole on March 18, 2015, and Mark Cleveland Simpson on March 19, 2015, in *United States v. Stuart C. Cole, et al.*; 7:13-CR-27 (M.D. Ga.). In the event that the restitution orders become void or the amount enclosed is in excess of the outstanding restitution balance owed, the forfeiture proceeds transferred herewith and/or the excess amount are to be transferred back to this agency for disposition in accordance with law.



**U.S. Department of Justice**

Criminal Division

---

*Asset Forfeiture and Money Laundering Section*     *Washington, D.C. 20530*

RECEIVED
2015 JAN -4 AM 9:08
U.S. ... 
MIDDLE DIST... 
... GEORGIA

SEP 2 1 2015

Karen Houser, Program Specialist
Asset Forfeiture Unit
U.S. Postal Inspection Service
900 Brentwood Road NE, Room 2157
Washington, DC 20066

    Re:    Restoration Request Pursuant to *Asset Forfeiture Policy Manual* (2013), Chapter 12, Section I.B
           *United States v. Stuart C. Cole, et al.* (M.D. Ga.)
           Criminal Case Number: 7:13-CR-27
           Asset Identification Numbers: 09-USP-001415, 001418, 001420, 001432, 001433, and 001608
           USPIS Case Number: 1735740-MF

Dear Ms. Houser:

       Pursuant to the Restoration Guidelines, the restoration request from the U.S. Attorney for the Middle District of Georgia is granted for application of the net proceeds of the assets forfeited in the subject case toward satisfaction of the restitution orders entered against Stuart C. Cole on March 18, 2015, and Mark Cleveland Simpson on March 19, 2015. Accordingly, please transfer the net proceeds of the forfeited assets after payment of government costs to the U.S. District Court for the Middle District of Georgia, but only to the extent necessary for satisfaction of the restitution orders in this case. Please use the enclosed language in your memorandum transferring the forfeiture proceeds to the Court.

2

If you have any questions, please contact Contract Attorney Fred Childress at (202) 514-1263.

Sincerely,

M. Kendall Day, Chief
Asset Forfeiture and Money
  Laundering Section

By:

Alice W. Dery, Deputy Chief
Asset Forfeiture and Money
  Laundering Section

Enclosure

cc:   Danial E. Bennett
      Assistant United States Attorney
      Middle District of Georgia

      Financial Litigation Unit
      U.S. Attorney's Office
      Middle District of Georgia