# Table of Exhibits

| Exhibit No | Description |
| --- | --- |
| #1 | Administrative Remedy Request to warden for Compassionate Release, Yazoo Low, Dated 9/28/2020 |
| #2 | Updated Medical Records of Stuart C. Cole, Yazoo Low, Dated |
| #3 | FIRST Administrative Remedy Request to warden for Compassionate Release, Oklahoma City Holdover, Dated 4/—/2020 |
| #4 | Corticosteriod immune weakening medication for Stuart C. Cole verification. Labels Dated 9/03/20. |
| #5 | News Article "3 INMATES DIE" |

PAGE 2.

## Table of Exhibits

| Exhibit No | Description |
|---|---|
| #6. | News Article quoting BOP Director Carvajal "Yazoo prison is a 'hot spot' for CORONAVIRUS. |
| #7. | Affidavit of Inmate George Lee substantiating 'Inmate Dies in Shower Area' of Unit where Mr Cole is housed. |
| #8. | 'PATTERN' Department of Justice Risk Assessment for Stuart C. Cole indicating 'MINImum' Risk to the public. |
| #9. | Publication by Thomas Root, M.A., J.D. – confirming BOP ignoring Compassionate Release Administrative Remedy Requests from Inmates. |

Table of Exhibits

| Exhibit No | Description |
|---|---|
| #10. | Debriefing Cooperation Efforts by Stuart C. Cole Dates And Times, with Law Enforcement. |
| #11. | List of Cases in multiple Districts of cooperation, including Case Numbers, Names of Defendents Convicted and Sentences imposed. |
| #12. | List of Voluntarily Forfeited Assets to Federal Jurisdictions. |
| #13. | Ministry Ordination and Licensing Certificate. |