IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | |
| : | **CASE NO: 7:13-cr-27-WLS-TQL** |
| **STUART C. COLE,** : | |
| : | |
| **Defendant.** : | |
| _____ : | |

### ORDER

Before the Court is the Defendant's Motion to Seal Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) (Doc. 116) ("Motion"). Therein, the Defendant requests that he be allowed to file a Motion for Reduction of Sentence under seal. Defendant states that the sealing is necessary to protect sensitive, confidential information as it relates to Defendant's incarceration. "The common law right of access may be overcome by a showing of good cause, which requires balancing the asserted right of access against the other party's interest in keeping the information confidential." *Romero v. Drummond Co.*, 480 F.3d 1234, 1246 (11th Cir. 2007) (alterations adopted) (internal quotation marks and citation omitted).

After reviewing the Motion, the Court finds good cause exists to permit the Motion for Reduction of Sentence to be filed under seal. Accordingly, the Motion (Doc. 116) is **GRANTED**. When the Motion for Reduction of Sentence is filed, the Clerk of Court is **DIRECTED** to docket such motion under seal to be made available only to the Parties' Counsel, the United States Probation Office, and the Court. The same shall remain sealed until further order of the Court.

**SO ORDERED**, this 21st day of August 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**